JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KONSTANDIN KUMURYAN, an individual,<br><br>　　　　Plaintiff,<br>vs.<br><br>TESLA MOTORS, INC., a Delaware Corporation,<br><br>　　　　Defendants. | Case No.: 2:24-cv-03995-JFW-MRWx<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: April 8, 2024<br>Removal Filed: May 13, 2024 |

Upon the review of the signed stipulation submitted to this Court by Plaintiff Konstandin Kumuryan, and Defendant Tesla Motors, Inc.,

**IT IS HEREBY ORDERED** that

The action shall be dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: November 19, 2024

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HONORABLE JOHN F. WALTER
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE